United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSALVA PRUNEDA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-4746 |
| | § | |
| CHARLES EDWIN DILLARD, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant Werner Enterprises, Inc.'s Motion for Partial Summary Judgment (Doc. No. 17); responses and replies (Doc. Nos. 21, 22); and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 23) that the motion should be granted. Neither party filed objections to the Memorandum and Recommendation and the time for doing so has passed.

Upon review of the pleadings and applicable law, the Court agrees with the Magistrate Judge's conclusion that Defendants are entitled to summary judgment on Plaintiff's claims against Werner for direct negligence. Accordingly it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 23) is **ADOPTED** and Defendant Werner Enterprises, Inc.'s Motion for Partial Summary Judgment (Doc. No. 17) is **GRANTED**. Plaintiff's direct liability claims against Werner are dismissed with prejudice.

SIGNED this _____8th_____ day of April 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE